Printed: 11/15/10 08:52 AM

*11090916*
*$2.07*

# Claims Distribution Small Checks

Case: 09-14723 - LEO, PATRICIA L.

Trustee: WILLIAM E. LAWSON (520740)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200025452606 | 10120 | 11/15/10 | 13 | 04/26/10 | 610 | Clerk, U.S. Bankruptcy Court GE Money Bank dba JC Penny Credit Services | 184.88 | 184.88 | 2.07 | $2.07 |

Check Amount: $2.07



FILED NOV 15 2010 BANKRUPTCY COURT BUFFALO, N.Y.

(*) Denotes objection to Amount Filed